UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT SIMMS, SR., :
    Petitioner :
: CASE NO. 1:16-CV-1527
v. :
: (Judge Caldwell)
L.J. ODDO, COMPLEX WARDEN , :
    Respondent :

*O R D E R*

AND NOW, this 11th day of January, 2018, it is ordered that :

1. The petition (Doc. 1) for a writ of habeas corpus under 28 U.S.C. § 2241 is denied.

2. A certificate of appealability is denied.

3. The Clerk of Court shall close this file.

    /s/ William W. Caldwell
    William W. Caldwell
    United States District Judge